RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

2014 AUG 20  AM 9: 28

JAMES W.

BY:_____

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
**OFFICE OF THE CLERK**
600 WEST CAPITOL AVENUE
SUITE A149
LITTLE ROCK, ARKANSAS 72201-3325

JAMES W. McCORMACK                                                                 (501) 604-5351
CLERK

August 12, 2014

Clerk of Court
U.S. District Court
One North Palafox Street, 2nd Floor
Pensacola, FL 32502

RE:   USA v. John David Castleberry
      Northern District of Florida case number 3:14cr59-001 LAC
      Eastern District of Arkansas case number 4:14MJ4018 HDY

Clerk:

Enclosed are certified copies of pleadings and the docket sheet which reflect the entries docketed in the Rule 5 proceedings held in our district before U.S. Magistrate Judge H. David Young on August 8, 2014.

Please acknowledge receipt of the above on the enclosed copy of this letter and return in the envelope provided.

James W. McCormack, Clerk

By:   /s/ Lorna Jones
      Deputy Clerk

Enclosures

Rec'd 0818'14 UsDcFln 3AM1043